UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GREGORY GORDON

CRIMINAL NO. 03-188-FJP-DLD
(CV 08-157-FJP-DLD)

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant's motion to vacate, set aside, or correct sentence is denied and this action is dismissed.

Baton Rouge, Louisiana, September 18, 2008.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45394